**K&L GATES**

September 30, 2025

Benjamin I. Rubinstein
Benjamin.Rubinstein@klgates.com

T +1 973 848 4140
F +1 973 848 4001

**By ECF**

The Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re: *Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. v. ML Plaza Owner LLC*
Civil Action No. 2:25-cv-14729
Consent Application for Extension of Response Time and Briefing Schedule

Dear Judge Martinotti,

This firm represents Respondent in the above-referenced matter. Respondent's answer (or responsive motion) to the petition in this matter is presently due on October 1, 2025. I write, with the consent of Petitioner, to apply for (1) a further extension of Respondent's time to answer or otherwise respond to the Petition, and (2) a briefing schedule for the forthcoming summary judgment motion to be filed by Petitioner at the direction of the Court (Dkt. # 6).

The parties have agreed that Respondent's time to answer or otherwise respond to the Petition be further extended through and including October 30, 2025, and respectfully request that the Court order said deadline.

The parties have further agreed that Petitioner will file its motion for summary judgment on or before October 1, 2025; Respondent's opposition to such motion shall be filed on or before October 30, 2025; and Petitioner's reply shall be filed on or before November 15, 2025. The parties respectfully request that the Court order the foregoing briefing schedule.

Respectfully submitted,

Benjamin I. Rubinstein

cc: Plaintiff's Counsel (via ECF)

## ORDER

The above application is GRANTED, and

1. The time to answer, move, or otherwise reply to Petitioner's petition is extended to **October 30, 2025.**

2. Petitioner shall file a motion for summary judgment on or before **October 1, 2025.** Respondent's opposition to same shall be due on or before **October 30, 2025.** Petitioner's reply papers shall be due on or before **November 15, 2025**.

ORDER DATED _____, 2025

                                                            Hon. Brian R. Martinotti
                                                            United States District Judge

By: _____