**K&L GATES**

December 5, 2025

**By ECF**

The Hon. Brian R. Martinotti
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

Benjamin I. Rubinstein
Benjamin.Rubinstein@klgates.com

T +1 973 848 4140
F +1 973 848 4001

Re: *Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. v. ML Plaza Owner LLC*
Civil Action No. 2:25-cv-14729
Status Update

Dear Judge Martinotti,

This firm represents Respondent in the above-referenced matter. Pursuant to your Honor's November 25, 2025 Order, counsel to Petitioners and Respondent respectfully submit this joint status letter to the Court.

The parties engaged in discussions to attempt to resolve this matter in late October. Unfortunately, those discussions did not lead to a mutually-agreeable settlement.

Respondent's Position:

As a substantive matter, Respondent intends to pay the arbitral awards that are the subject of this Action with proceeds from the sale of the hotel property owned by Respondent. That sale is presently scheduled to close this month. As a result, Respondent expects to satisfy the awards prior to the end of the month.

For this reason, Respondent does not intend to file a response to the Petition (or an opposition to Petitioner's motion). Respondent respectfully requests that the Court defer any ruling on the motion until next month, as this matter may be moot by that time.

Petitioner's Position:

A promise to pay the amounts awarded by the Parties' industry arbitrator does not satisfy the Award or potential Judgment, or render the matter moot. Nor is it cause to delay a decision in this matter.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey

The Parties would be happy to provide any further information required by the Court.

Respectfully submitted,

Benjamin I. Rubinstein

Jointly drafted with:
PITTA LLP
*Counsel to Petitioners*

By:  *s/ Trevor Hanrahan*
Trevor Hanrahan, Esq.
120 Broadway, 28th Floor
New York, NY 10271
Tel: (212) 252-3890
Email: thanrahan@pittalaw.com

Respondent's request is granted. A status report is to be provided to the court by January 15, 2026. SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: DEC. 8, 2025

2